PROB 12B
(7/93)

Report Date: July 15, 2008

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 23 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Brad Wayne Young           Case Number: 2:05CR02007-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 4/9/2007          Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(8)

Date Supervision Commenced: 9/14/2007

Original Sentence: Prison - 5 Months;
TSR - 36 Months

Date Supervision Expires: 9/13/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

On June 5, 2008, Mr. Young submitted a urine sample that tested positive for amphetamine and methamphetamine. Mr. Young admitted to having used such controlled substance and agreed to obtain a drug and alcohol evaluation, participate in recommended treatment, in addition to submitting to random urinalysis testing. The attached waiver and hearing to modify conditions of supervised release was reviewed with Mr. Young. The requested modification will allow Mr. Young to address his chemical dependency issues.

Mr. Young was advised of the potential impact this modification could have on his supervision, and he acknowledged this understanding verbally and with his signature.

Prob 12B
Re: Young, Brad Wayne
July 15, 2008
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/15/08

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

July 21, 2008
Date